**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Emails:  ghayes@tysonmendes.com
            npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA GONZALES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01305-GMN-BNW <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff ANGELA GONZALES, an individual, by and through her counsel, THE POWELL LAW FIRM and Defendant WALMART, INC. by and through their counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein

///

///

///

///

///

///

///

///

1

be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 30th day of May, 2025.                Dated this 30th day of May, 2025.

**TYSON & MENDES LLP**                           **THE POWELL LAW FIRM**

 /s/ Griffith Hayes                              /s/ Jonathan Powell
GRIFFITH H. HAYES                                PAUL D. POWELL
Nevada Bar No. 7374                              Nevada Bar No. 7488
NICHOLAS F. PSYK                                 FRANCESCA J. HOVAGIMIAN
Nevada Bar No. 15983                             Nevada Bar No. 16714
2835 St. Rose Parkway, Suite 140                 JONATHAN POWELL
Henderson, Nevada 89052                          Nevada Bar No. 9153
*Attorneys for Defendant Walmart, Inc.*          8180 Rafael Rivera Way, Suite 200
                                                 Las Vegas, Nevada 89113
                                                 *Attorneys for Plaintiff*

### ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** June 24, 2025